# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Jorge Gastelum,<br><br>　　　　　Defendant | Case No.: 2:23-cr-00206-CDS-DJA-3<br><br>**Order Granting Defendant's Motion for a Pre-plea Presentence Report**<br><br>[ECF No. 126] |

　　　Defendant Jorge Gastelum moves for an order directing the United States Probation Office to prepare a pre-plea presentence report. Mot., ECF No. 126. Gastelum represents that the government does not oppose. *Id.*

　　　Although the motion is bereft of any representations, I find that having a good understanding of a defendant's criminal history could be important to the future proceedings of a case. For that reason, I order U.S. Probation to prepare a pre-plea presentence investigation report—criminal history only—for Jorge Gastelum.

　　　The Clerk of Court is kindly directed to provide a copy of this order to probation.

　　　Dated: June 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge